FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 0 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

To: US Federal Court in Phoenix

401 Washington St. #10 Phoenix, AZ 85003

Defendants:
Michael Bidwill, Nicole Bidwill, Rick Donaldson

P.O. Box 888 Phoenix, AZ. 85001   602-379-0101

CV-18-00719-PHX-DLR

Plaintiff: Patrick Bidwill

16845 N. 29th Ave STE-726

Phoenix, AZ. 85053

I am asking the Federal Court in Phoenix for an injunction and restraining order for Michael Bidwill and Nicole Bidwill to not contact or approach me. I demand that the money promised to me in exchange for changing my Trust be fully restored. I ask the court also to have Michael Bidwill and Nicole Bidwill be removed as Co-Trustees of my Trust. I also ask the court to have Michael and Nicole Bidwill to be removed from any Bidwill Trust that I am a beneficiary.

Michael Bidwill has consistently financially harassed me, breached a contract, and breached fiduciary.

I ask the court also for immediate audit of my personal Trust. I demand an investigation into the abrupt closure of a Family owned leasing company that funded my Trust weeks after I told Michael Bidwill's representative, Rick Donaldson, that my Arizona Cardinals stock was not for sale. I ask the court for punitive compensation if the investigation finds the business was closed for fraudulent reasons. I also demand that the revenues be restored to my Trust if this is true. I ask for a court supervised audit of

The Arizona Cardinals and all affiliated family entities. I demand that if the court supervised audit uncover fraudulent activity that I receive punitive damages.

Patrick Bidwill

*[signature]*

6 March 2018