# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick Bidwill,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Bidwill, et al.,<br><br>　　　　　Defendants. | No. CV-18-00719-PHX-DLR<br><br>**ORDER** |

The Court has an independent duty to determine whether it has subject matter jurisdiction over cases before it. *See United Investors Life Ins. Co. v. Waddell & Reed Inc.*, 360 F.3d 960, 967 (9th Cir. 2004). "A federal court is presumed to lack jurisdiction in a particular case unless the contrary affirmatively appears." *Gen. Atomic Co. v. United Nuclear Corp.*, 655 F.2d 968 (9th Cir. 1981). Federal courts generally derive jurisdiction in one of two ways. Federal courts have jurisdiction over cases (1) arising under federal law, 28 U.S.C. § 1331, or that are between citizens of different states where the amount in controversy exceeds $75,000, 28 U.S.C. § 1332. Plaintiff's complaint does not affirmatively allege a basis for federal jurisdiction and none is apparent. Plaintiff accuses Defendants of breaching their duties as trustees, which is a purely state law claim. Moreover, the complaint indicates that Plaintiff and Defendants all are Arizona residents. Complete diversity therefore is lacking. If Plaintiff wishes to pursue his claim, he must do so in a state court of competent jurisdiction. For these reasons,

1  **IT IS ORDERED** that this matter is **DISMISSED** for lack of subject matter jurisdiction. The Clerk of the Court is directed to terminate this case.

Dated this 6th day of March, 2018.

_____
Douglas L. Rayes
United States District Judge