IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick Bidwill, | No. CV-18-00719-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Bidwill, et al., | |
| Defendants. | |

Plaintiff, a self-represented litigant, filed this action on March 6, 2018 and submitted a check to pay the $400 filing fee. The next day, the Court dismissed this case for lack of subject matter jurisdiction. The Court explained that Plaintiff's complaint raised a state law claim against Arizona residents and, therefore, should be filed in a state court rather than a federal court.

Since then, the Court has learned that the check Plaintiff used to pay his $400 filing fee was returned due to insufficient funds. The Court charges a $53 not sufficient funds ("NSF") fee for any payment returned or denied for insufficient funds. (*See* United States District Court District of Arizona Fee Schedule, *available at* http://www.azd.uscourts.gov/sites/default/files/documents/fee%20schedule.pdf.)

The fact that Plaintiff's filing fee payment was returned due to insufficient funds suggests that Plaintiff might lack the financial resources to pay it. Plaintiff is advised that a litigant who lacks the resources to pay the fees and costs associated with his case can

file an Application to Proceed in District Court Without Prepaying Fees or Costs. This application is publicly available at http://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or. Because it is possible that Plaintiff lacks the financial resources to pay the $400 filing fee, the Court will give him the opportunity to retroactively apply to proceed without prepaying fees or costs. Plaintiff remains liable, however, for the $53 NSF fee. Accordingly,

**IT IS ORDERED** that, by no later than **April 6, 2018**, Plaintiff shall do one of the following: (1) pay the $400 filing fee and the $53 NSF fee by money order **or**, if Plaintiff lacks the financial resources to pay the filing fee (2) pay the $53 NSF fee by money order and file a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs.

Dated this 20th day of March, 2018.

Douglas L. Rayes
United States District Judge